**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Thomas E. Stumpf             CHAPTER 13
       Stacy R. Stumpf
             Debtor(s)        BKY. NO. 15-70662 JAD

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Legacy Mortgage Asset Trust 2020-GS5 and index same on the master mailing list.

                 Respectfully submitted,

                 /s/ Brian C. Nicholas
                 Brian Nicholas
                 12 Nov 2020, 13:17:17, EST

                 Brian C. Nicholas, Esq. (317240) ☑
                 Maria D. Miksich, Esq. (319383) ☐
                 Rebecca A. Solarz, Esq. (315936) ☐
                 KML Law Group, P.C.
                 BNY Mellon Independence Center
                 701 Market Street, Suite 5000
                 Philadelphia, PA 19106
                 412-430-3594
                 bkgroup@kmllawgroup.com