IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 15-70662 JAD |
| Thomas E Stumpf | ) | Chapter 13 |
| Stacy R Stumpf | ) | |
|     Debtor(s) | ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
|     Movant(s) | ) | |
|     vs. | ) | |
| Thomas E Stumpf | ) | |
| Stacy R Stumpf | ) | |
|     Respondent(s) | ) | |

## WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on September 24, 2020 (document #84) is hereby WITHDRAWN. The hearing scheduled for January 6, 2021 is hereby CANCELLED.

                                                      Respectfully submitted,

12/17/2020                                           /s/ Ronda J. Winnecour
date                                                 Ronda J. Winnecour (PA I.D. #30399)
                                                      Attorney and Chapter 13 Trustee
                                                      U.S. Steel Tower – Suite 3250
                                                      600 Grant Street
                                                      Pittsburgh, PA 15219
                                                      (412) 471-5566
                                                      cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 15-70662 JAD |
| Thomas E Stumpf | ) | Chapter 13 |
| Stacy R Stumpf | ) | |
|     Debtor(s) | ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
|     Movant(s) | ) | |
| vs. | ) | |
| Thomas E Stumpf | ) | |
| Stacy R Stumpf | ) | |
|     Respondent(s) | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

Thomas E Stumpf
Stacy R Stumpf
2417 Grove Chapel Rd.
Indiana, PA  15701

Michael Vaporis, Esquire
26 South Sixth Street
Indiana, PA  15701


12/17/2020
date

/s/ Renee Ward
Administrative Assistant
Office of the Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
cmecf@chapter13trusteewdpa.com