**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  THOMAS E STUMPF<br>STACY R STUMPF<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  THOMAS E STUMPF<br>STACY R STUMPF<br><br>      Respondents | Case No.15-70662JAD<br><br>Chapter 13<br><br>Related to<br>Document No. 95 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __17th__ day of _December_, 20__20__, it is hereby ORDERED, ADJUDGED, and DECREED that,

          Innovations Of Home Llc
          Attn: Payroll Manager
          7055 Rte 119 Hwy N
          Marion Center,PA 15759

is hereby ordered to immediately terminate the attachment of the wages of THOMAS E STUMPF, social security number XXX-XX-6490. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of THOMAS E STUMPF.

BY THE COURT:

_____ sjk

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

FILED
12/17/20 3:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Thomas E Stumpf  
Stacy R Stumpf  
    Debtor(s)

Case No. 15-70662-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: dkam     Page 1 of 2  
Date Rcvd: Dec 17, 2020     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas E Stumpf, Stacy R Stumpf, 2417 Grove Chapel Rd., Indiana, PA 15701-7134 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2020         Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ann E. Swartz | on behalf of Creditor LSF8 Master Participation Trust ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS5 bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor LSF8 Master Participation Trust ecfmail@mwc-law.com |
| Jerome B. Blank | on behalf of Creditor Deutsche Bank National Trust Company As Trustee For etal pawb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor Deutsche Bank National Trust Company As Trustee For etal mario.hanyon@brockandscott.com, wbecf@brockandscott.com |

| District/off: 0315-7 | User: dkam | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 17, 2020 | Form ID: pdf900 | Total Noticed: 1 |

Michael N. Vaporis
    on behalf of Debtor Thomas E Stumpf mvaporis@comcast.net jlcerovich@comcast.net

Michael N. Vaporis
    on behalf of Joint Debtor Stacy R Stumpf mvaporis@comcast.net jlcerovich@comcast.net

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Sindi Mncina
    on behalf of Creditor LSF8 Master Participation Trust smncina@rascrane.com

TOTAL: 10