**Fill in this information to identify the case:**

Debtor 1   Thomas E. Stumpf

Debtor 2   Stacy R. Stumpf
(Spouse, if filing)

United States Bankruptcy Court for the WESTERN District of Pennsylvania

Case number   15-70662 JAD

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** Legacy Mortgage Asset Trust 2020-GS5

**Court claim no.** (if known): 5-2

**Last 4 digits** of any number you use to identify the debtor's account:

**Property address:** 2417 Grove Chapel Road
Number            Name

Indiana,   PA    15701
City,    State    Zip

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.'

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐  Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:  (a) $ 2,177.75

b. Total fees, charges, expenses, escrow, and costs outstanding:  + (b) $ 0.00

c. **Total**. Add lines a and b.  (c) $ 2,177.75

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   12/28/2020
MM / DD / YYYY

| Debtor(s) | Thomas E. Stumpf, and Stacy R. Stumpf JAD | Case number (*if known*): 15-70662 |
|---|---|---|
| | First Name    Middle Name    Last Name | |

# Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- **all payments received;**
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

# Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

/s/Brian C. Nicholas Esquire – Atty. ID. 317240
Signature

Date   01/28/2021

Print   Brian C. Nicholas, Esquire

Title: Attorney for Creditor

Company   KML Law Group, P.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   701   Market Street, Suite 5000
Number   Street

Philadelphia,   PA   19106
City   State   ZIP Code

Contact phone   201-549-5366

Email   bnicholas@kmllawgroup.com