Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Thomas E Stumpf
Stacy R Stumpf**
Debtor(s)

Bankruptcy Case No.: 15−70662−JAD

Chapter: 13
Docket No.: 103 − 102

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 27th of January, 2021, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 3/8/21.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **3/17/21 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **3/8/21.**

                                                              <u>Jeffery A. Deller</u>
                                                              United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 15-70662-JAD

Thomas E Stumpf     Chapter 13

Stacy R Stumpf

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: jfur     Page 1 of 2

Date Rcvd: Jan 28, 2021     Form ID: 408     Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas E Stumpf, Stacy R Stumpf, 2417 Grove Chapel Rd., Indiana, PA 15701-7134 |
| cr | + | Deutsche Bank National Trust Company, Robertson, Anschutz & Schneid, 6409 Congress Avenue, Suite 100, Suite 100 Boca Raton, FL 33487-2853 |
| 15293216 | + | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14111618 | + | Indiana Regional Medical Center, 835 Hospital Rd., PO Box 788, Indiana, PA 15701-0788 |
| 14111620 | + | LVNV Funding, c/o Apothaker Scian PC, 520 Fellowship Rd. C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 14111623 | + | Richard M Squire, Esq., One Jenkintown Station, Suite 104, 115 West Ave., Jenkintown, PA 19046-2031 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: jennifer.chacon@spservicing.com | Jan 29 2021 01:46:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14111617 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 29 2021 01:44:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14140250 | | Email/Text: ally@ebn.phinsolutions.com | Jan 29 2021 01:44:00 | Ally Financial f/k/a GMAC, PO Box 130424, Roseville, MN 55113-0004 |
| 14126491 | + | Email/Text: bankruptcy@cavps.com | Jan 29 2021 01:45:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14111619 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jan 29 2021 01:46:00 | LSF8 Master Participation Trust, c/o Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14179103 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 29 2021 02:54:44 | LVNV Funding, LLC its successors and assigns as, assignee of FIA Card Services, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14111622 | | Email/Text: blegal@phfa.org | Jan 29 2021 01:45:00 | PHFA/HEMAP, 211 North Front Street, PO Box 8029, Harrisburg, PA 17105-5530 |
| 14111624 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jan 29 2021 02:54:39 | The Secretary of Housing & Urban Dev., of Washington DC, The Wanamaker Building, 100 Penn Square East, Philadelphia, PA 19107-3380 |
| 14116541 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jan 29 2021 02:54:39 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 9

District/off: 0315-7 | User: jfur | Page 2 of 2
Date Rcvd: Jan 28, 2021 | Form ID: 408 | Total Noticed: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Deutsche Bank National Trust Company, As Trustee F |
| cr | | LSF8 Master Participation Trust |
| cr | | Legacy Mortgage Asset Trust 2020-GS5 |
| 14111621 | ##+ | Penn Credit Corp., 916 South 14th St., Harrisburg, PA 17104-3425 |

TOTAL: 3 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 30, 2021       Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ann E. Swartz | on behalf of Creditor LSF8 Master Participation Trust ecfmail@mwc-law.com  ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS5 bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor LSF8 Master Participation Trust ecfmail@mwc-law.com |
| Jerome B. Blank | on behalf of Creditor Deutsche Bank National Trust Company  As Trustee For etal pawb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor Deutsche Bank National Trust Company  As Trustee For etal wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Michael N. Vaporis | on behalf of Joint Debtor Stacy R Stumpf mvaporis@comcast.net  jlcerovich@comcast.net |
| Michael N. Vaporis | on behalf of Debtor Thomas E Stumpf mvaporis@comcast.net  jlcerovich@comcast.net |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sindi Mncina | on behalf of Creditor LSF8 Master Participation Trust smncina@rascrane.com |

TOTAL: 10