**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>THOMAS E STUMPF<br>STACY R STUMPF<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　　Movant<br>　　　vs.<br>No Respondents. | Case No.:15-70662 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

January 25, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/24/2015 and confirmed on 12/3/15. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 111,297.22 |
| Less Refunds to Debtor | 2,221.66 | |
| TOTAL AMOUNT OF PLAN FUND | | 109,075.56 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,000.00 | |
|   Trustee Fee | 5,115.39 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,115.39 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   GOLDMAN SACHS MORTGAGE CO<br>  Acct: 6061 | 0.00 | 69,233.12 | 0.00 | 69,233.12 |
|   GOLDMAN SACHS MORTGAGE CO<br>  Acct: 6061 | 32,727.05 | 32,727.05 | 0.00 | 32,727.05 |
|   LVNV FUNDING LLC, ASSIGNEE<br>  Acct: 2009 | 0.00 | 0.00 | 0.00 | 0.00 |
|   US DEPARTMENT OF HUD**<br>  Acct: 6504 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 101,960.17 |
| **Priority** | | | | |
|   MICHAEL N VAPORIS ESQ<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   THOMAS E STUMPF<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   THOMAS E STUMPF<br>  Acct: | 2,221.66 | 2,221.66 | 0.00 | 0.00 |
|   LAW OFFICE OF MICHAEL N VAPORIS<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   MICHAEL N VAPORIS ESQ<br>  Acct: | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
| | \*\*\*NONE\*\*\* | | | |
| **Unsecured** | | | | |
|   ALLY FINANCIAL(*)<br>  Acct: 2706 | 0.00 | 0.00 | 0.00 | 0.00 |
|   INDIANA REGIONAL MEDICAL CNTR<br>  Acct: | 361.09 | 0.00 | 0.00 | 0.00 |
|   CAVALRY SPV I LLC - ASSIGNEE(*)<br>  Acct: 0491 | 0.00 | 0.00 | 0.00 | 0.00 |
|   LVNV FUNDING LLC<br>  Acct: 3051 | 3,202.18 | 0.00 | 0.00 | 0.00 |
|   ROBERTSON ANSCHUTZ & SCHNEID PL<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   JEROME BLANK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |

15-70662 JAD  Page 2 of 2

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***N O N E***

TOTAL PAID TO CREDITORS                                                                                                101,960.17

TOTAL CLAIMED
PRIORITY          0.00
SECURED      32,727.05
UNSECURED     3,563.27

Date: 01/25/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    THOMAS E STUMPF<br>    STACY R STUMPF<br>        Debtor(s)<br><br>    Ronda J. Winnecour<br>        Movant<br>        vs.<br>    No Repondents. | Case No.:15-70662 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

    BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 15-70662-JAD
Thomas E Stumpf  Chapter 13
Stacy R Stumpf
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: jfur      Page 1 of 2
Date Rcvd: Jan 28, 2021      Form ID: pdf900      Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas E Stumpf, Stacy R Stumpf, 2417 Grove Chapel Rd., Indiana, PA 15701-7134 |
| cr | + | Deutsche Bank National Trust Company, Robertson, Anschutz & Schneid, 6409 Congress Avenue, Suite 100, Suite 100 Boca Raton, FL 33487-2853 |
| 15293216 | + | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14111618 | + | Indiana Regional Medical Center, 835 Hospital Rd., PO Box 788, Indiana, PA 15701-0788 |
| 14111620 | + | LVNV Funding, c/o Apothaker Scian PC, 520 Fellowship Rd. C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 14111623 | + | Richard M Squire, Esq., One Jenkintown Station, Suite 104, 115 West Ave., Jenkintown, PA 19046-2031 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: jennifer.chacon@spservicing.com | Jan 29 2021 01:46:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14111617 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 29 2021 01:44:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14140250 | | Email/Text: ally@ebn.phinsolutions.com | Jan 29 2021 01:44:00 | Ally Financial f/k/a GMAC, PO Box 130424, Roseville, MN 55113-0004 |
| 14126491 | + | Email/Text: bankruptcy@cavps.com | Jan 29 2021 01:45:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14111619 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jan 29 2021 01:46:00 | LSF8 Master Participation Trust, c/o Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14179103 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 29 2021 02:57:52 | LVNV Funding, LLC its successors and assigns as, assignee of FIA Card Services, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14111622 | | Email/Text: blegal@phfa.org | Jan 29 2021 01:45:00 | PHFA/HEMAP, 211 North Front Street, PO Box 8029, Harrisburg, PA 17105-5530 |
| 14111624 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jan 29 2021 02:54:39 | The Secretary of Housing & Urban Dev., of Washington DC, The Wanamaker Building, 100 Penn Square East, Philadelphia, PA 19107-3380 |
| 14116541 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jan 29 2021 02:54:39 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Deutsche Bank National Trust Company, As Trustee F |
| cr | | LSF8 Master Participation Trust |
| cr | | Legacy Mortgage Asset Trust 2020-GS5 |
| 14111621 | ##+ | Penn Credit Corp., 916 South 14th St., Harrisburg, PA 17104-3425 |

TOTAL: 3 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2021                     Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ann E. Swartz | on behalf of Creditor LSF8 Master Participation Trust ecfmail@mwc-law.com  ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS5 bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor LSF8 Master Participation Trust ecfmail@mwc-law.com |
| Jerome B. Blank | on behalf of Creditor Deutsche Bank National Trust Company  As Trustee For etal pawb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor Deutsche Bank National Trust Company  As Trustee For etal wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Michael N. Vaporis | on behalf of Joint Debtor Stacy R Stumpf mvaporis@comcast.net  jlcerovich@comcast.net |
| Michael N. Vaporis | on behalf of Debtor Thomas E Stumpf mvaporis@comcast.net  jlcerovich@comcast.net |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sindi Mncina | on behalf of Creditor LSF8 Master Participation Trust smncina@rascrane.com |

TOTAL: 10