IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Thomas E. Stumpf               :   Case No. 15-70662-JAD
Stacy R. Stumpf                :   Chapter 13
            Debtor(s)          :
                               :
Ronda J. Winnecour, Chapter 13 :
Trustee                        :   Related to Doc. #101, 104 and 105
            Movant(s)          :
                               :   Hearing: 3/5/21 at 11:00 a.m.
        vs.                    :
Legacy Mortgage Asset Trust 2020-GS5 :
                               :
            Respondent(s)      :

## ORDER OF COURT

AND NOW, this _____ day of _____, 2021, upon consideration of the CHAPTER 13 TRUSTEE'S REPLY TO RESPONSE TO NOTICE OF FINAL CURE, and responses thereto, it is

ORDERED, that the Court hereby determines that: (a) the Trustee has disbursed all payments in accordance with the Debtor's Chapter 13 Plan through October 31, 2020, as to the mortgage of Legacy Mortgage Asset Trust 2020−GS5 (Claim 5-2); (b) all prepetition arrears have been paid and the post-petition payments are fully current as of February, 2021; and (c) Debtor(s) are to have resumed direct payments for all payments coming due in and after November 2020, with their next payment due for March 2021; and, it is

ORDERED, that Legacy Mortgage Asset Trust 2020−GS5, is prohibited from adding any fees or other charges to the debtors' account in connection with the filing of its Response, or for attending any hearing in this matter.

_____
U.S. Bankruptcy Judge