IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 15-70662-JAD |
| Thomas E Stumpf and Stacy R Stumpf, | : | |
| Debtor(s) | : | |
| | : | Chapter 13 |
| Trustee, or Debtors(s), Movant | : | |
| Thomas E Stumpf and Stacy R Stumpf, | : | |
| v. | : | |
| No Respondents, | : | |
| Respondents | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1.      The Debtor has made all payments required by the Chapter 13 Plan.

2.      Include whichever one of the two following statements applies:
The Debtor is not required to pay any Domestic Support Obligations

3.      The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4.      On 11/19/2015, at docket number 18, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):* Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated: 2/9/2021                         By:    /s/Michael N Vaporis
                                                        Signature
                                                        Michael N. Vaporis
                                                        Name of Filer - Typed
                                                        26 South 6th St., Indiana, PA 15701
                                                        Address of Filer
                                                        mvaporis@comcast.net
                                                        Email Address of Filer
                                                        (724) 465-5653
                                                        Phone Number of Filer
                                                        46333 PA
                                                        Bar I.D. and State of Admission

**PAWB Local Form 24 (07/13)**