IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| Thomas E. Stumpf | : Case No. 15-70662-JAD |
| Stacy R. Stumpf | : Chapter 13 |
|     Debtor(s) | : |
| | : |
| Ronda J. Winnecour, Chapter 13 Trustee | : |
| | : Related to Doc. #101, 104 and 108 |
|     Movant(s) | : |
| | : Hearing: 3/5/21 at 11:00 a.m. |
| vs. | : |
| Legacy Mortgage Asset Trust 2020-GS5 | : |
| | : |
|     Respondent(s) | : |

## ORDER OF COURT

AND NOW, this \_\_5th\_\_ day of \_\_March\_\_, 2021, upon consideration of the CHAPTER 13 TRUSTEE'S REPLY TO RESPONSE TO NOTICE OF FINAL CURE, and responses thereto, it is

ORDERED, that the Court hereby determines that: (a) the Trustee has disbursed all payments in accordance with the Debtor's Chapter 13 Plan through October 31, 2020, as to the mortgage of Legacy Mortgage Asset Trust 2020−GS5 (Claim 5-2); (b) all prepetition arrears have been paid and the post-petition payments are fully current as of February, 2021; and (c) Debtor(s) are to have resumed direct payments for all payments coming due in and after November 2020, with their next payment due for March 2021.

FILED
3/5/21 1:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

                                              sjk
U.S. Bankruptcy Judge
Jeffery A. Deller

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-70662-JAD |
| Thomas E Stumpf | Chapter 13 |
| Stacy R Stumpf | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: llea | Page 1 of 2 |
| Date Rcvd: Mar 05, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Thomas E Stumpf, Stacy R Stumpf, 2417 Grove Chapel Rd., Indiana, PA 15701-7134 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2021                                  Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS1 bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS5 bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor LSF8 Master Participation Trust ecfmail@mwc-law.com |
| Jerome B. Blank | on behalf of Creditor Deutsche Bank National Trust Company  As Trustee For etal pawb@fedphe.com |
| Lauren Moyer | on behalf of Creditor LSF8 Master Participation Trust ecfmail@ecf.courtdrive.com |
| Mario J. Hanyon | |

District/off: 0315-7     User: llea     Page 2 of 2
Date Rcvd: Mar 05, 2021     Form ID: pdf900     Total Noticed: 1

on behalf of Creditor Deutsche Bank National Trust Company  As Trustee For etal wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Michael N. Vaporis
    on behalf of Joint Debtor Stacy R Stumpf mvaporis@comcast.net jlcerovich@comcast.net

Michael N. Vaporis
    on behalf of Debtor Thomas E Stumpf mvaporis@comcast.net jlcerovich@comcast.net

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Sindi Mncina
    on behalf of Creditor LSF8 Master Participation Trust smncina@rascrane.com

TOTAL: 11