| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Thomas E Stumpf** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–6490** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Stacy R Stumpf** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–5453** <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **15–70662–JAD** | | |

# Order of Discharge                                                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Thomas E Stumpf                                      Stacy R Stumpf

3/11/21                                              **By the court:**   Jeffery A. Deller
                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-70662-JAD |
| Thomas E Stumpf | Chapter 13 |
| Stacy R Stumpf | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: dkam | Page 1 of 3 |
| Date Rcvd: Mar 11, 2021 | Form ID: 3180W | Total Noticed: 17 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas E Stumpf, Stacy R Stumpf, 2417 Grove Chapel Rd., Indiana, PA 15701-7134 |
| cr | + | Deutsche Bank National Trust Company, Robertson, Anschutz & Schneid, 6409 Congress Avenue, Suite 100, Suite 100 Boca Raton, FL 33487-2853 |
| 15293216 | + | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14111618 | + | Indiana Regional Medical Center, 835 Hospital Rd., PO Box 788, Indiana, PA 15701-0788 |
| 14111620 | + | LVNV Funding, c/o Apothaker Scian PC, 520 Fellowship Rd. C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 14111623 | + | Richard M Squire, Esq., One Jenkintown Station, Suite 104, 115 West Ave., Jenkintown, PA 19046-2031 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Mar 12 2021 04:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 12 2021 04:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Mar 12 2021 04:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 12 2021 04:48:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: jennifer.chacon@spservicing.com | Mar 12 2021 04:49:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14111617 | + | EDI: GMACFS.COM | Mar 12 2021 04:13:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14140250 | | EDI: GMACFS.COM | Mar 12 2021 04:13:00 | Ally Financial f/k/a GMAC, PO Box 130424, Roseville, MN 55113-0004 |
| 14126491 | + | Email/Text: bankruptcy@cavps.com | Mar 12 2021 04:48:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14111619 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Mar 12 2021 04:49:00 | LSF8 Master Participation Trust, c/o Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14179103 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 12 2021 04:16:38 | LVNV Funding, LLC its successors and assigns as, assignee of FIA Card Services, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC |

| District/off: 0315-7 | User: dkam | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 11, 2021 | Form ID: 3180W | Total Noticed: 17 |

| | | | | |
|---|---|---|---|---|
| 14111622 | | Email/Text: blegal@phfa.org | Mar 12 2021 04:48:00 | 29603-0587<br>PHFA/HEMAP, 211 North Front Street, PO Box 8029, Harrisburg, PA 17105-5530 |
| 14111624 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Mar 12 2021 04:16:34 | The Secretary of Housing & Urban Dev., of Washington DC, The Wanamaker Building, 100 Penn Square East, Philadelphia, PA 19107-3380 |
| 14116541 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Mar 12 2021 04:16:34 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Deutsche Bank National Trust Company, As Trustee F |
| cr | | LSF8 Master Participation Trust |
| cr | | Legacy Mortgage Asset Trust 2020-GS5 |
| cr | | Legacy Mortgage Asset Trust 2021-GS1 |
| 14111621 | ##+ | Penn Credit Corp., 916 South 14th St., Harrisburg, PA 17104-3425 |

TOTAL: 4 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 13, 2021            Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS5 bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS1 bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor LSF8 Master Participation Trust ecfmail@mwc-law.com |
| Jerome B. Blank | on behalf of Creditor Deutsche Bank National Trust Company  As Trustee For etal pawb@fedphe.com |
| Lauren Moyer | on behalf of Creditor LSF8 Master Participation Trust ecfmail@ecf.courtdrive.com |
| Mario J. Hanyon | on behalf of Creditor Deutsche Bank National Trust Company  As Trustee For etal wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Michael N. Vaporis | |

| District/off: 0315-7 | User: dkam | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 11, 2021 | Form ID: 3180W | Total Noticed: 17 |

Michael N. Vaporis
    on behalf of Joint Debtor Stacy R Stumpf mvaporis@comcast.net jlcerovich@comcast.net

    on behalf of Debtor Thomas E Stumpf mvaporis@comcast.net jlcerovich@comcast.net

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Sindi Mncina
    on behalf of Creditor LSF8 Master Participation Trust smncina@rascrane.com

TOTAL: 11