**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**DEFAULT O/E JAD**

IN RE:
    THOMAS E STUMPF
    STACY R STUMPF
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.: 15-70662 JAD

Chapter 13

Document No.: 102

FILED
3/11/21 11:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER OF COURT**

    AND NOW, this __11th__ day of __March__, 20__21__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ jsf
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-70662-JAD |
| Thomas E Stumpf | Chapter 13 |
| Stacy R Stumpf | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: dkam | Page 1 of 2 |
| Date Rcvd: Mar 11, 2021 | Form ID: pdf900 | Total Noticed: 15 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas E Stumpf, Stacy R Stumpf, 2417 Grove Chapel Rd., Indiana, PA 15701-7134 |
| cr | + | Deutsche Bank National Trust Company, Robertson, Anschutz & Schneid, 6409 Congress Avenue, Suite 100, Suite 100 Boca Raton, FL 33487-2853 |
| 15293216 | + | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14111618 | + | Indiana Regional Medical Center, 835 Hospital Rd., PO Box 788, Indiana, PA 15701-0788 |
| 14111620 | + | LVNV Funding, c/o Apothaker Scian PC, 520 Fellowship Rd. C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 14111623 | + | Richard M Squire, Esq., One Jenkintown Station, Suite 104, 115 West Ave., Jenkintown, PA 19046-2031 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: jennifer.chacon@spservicing.com | Mar 12 2021 04:49:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14111617 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 12 2021 04:47:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14140250 | | Email/Text: ally@ebn.phinsolutions.com | Mar 12 2021 04:47:00 | Ally Financial f/k/a GMAC, PO Box 130424, Roseville, MN 55113-0004 |
| 14126491 | + | Email/Text: bankruptcy@cavps.com | Mar 12 2021 04:48:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14111619 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Mar 12 2021 04:49:00 | LSF8 Master Participation Trust, c/o Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14179103 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 12 2021 04:16:38 | LVNV Funding, LLC its successors and assigns as, assignee of FIA Card Services, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14111622 | | Email/Text: blegal@phfa.org | Mar 12 2021 04:48:00 | PHFA/HEMAP, 211 North Front Street, PO Box 8029, Harrisburg, PA 17105-5530 |
| 14111624 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Mar 12 2021 04:16:34 | The Secretary of Housing & Urban Dev., of Washington DC, The Wanamaker Building, 100 Penn Square East, Philadelphia, PA 19107-3380 |
| 14116541 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Mar 12 2021 04:16:34 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Deutsche Bank National Trust Company, As Trustee F |
| cr | | LSF8 Master Participation Trust |
| cr | | Legacy Mortgage Asset Trust 2020-GS5 |
| cr | | Legacy Mortgage Asset Trust 2021-GS1 |
| 14111621 | ##+ | Penn Credit Corp., 916 South 14th St., Harrisburg, PA 17104-3425 |

TOTAL: 4 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS5 bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS1 bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor LSF8 Master Participation Trust ecfmail@mwc-law.com |
| Jerome B. Blank | on behalf of Creditor Deutsche Bank National Trust Company  As Trustee For etal pawb@fedphe.com |
| Lauren Moyer | on behalf of Creditor LSF8 Master Participation Trust ecfmail@ecf.courtdrive.com |
| Mario J. Hanyon | on behalf of Creditor Deutsche Bank National Trust Company  As Trustee For etal wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Michael N. Vaporis | on behalf of Joint Debtor Stacy R Stumpf mvaporis@comcast.net  jlcerovich@comcast.net |
| Michael N. Vaporis | on behalf of Debtor Thomas E Stumpf mvaporis@comcast.net  jlcerovich@comcast.net |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sindi Mncina | on behalf of Creditor LSF8 Master Participation Trust smncina@rascrane.com |

TOTAL: 11