| Fill in this information to identify the case: |
|---|
| Debtor 1   Thomas E Stumpf |
| Debtor 2   Stacy R Stumpf |
| (Spouse, if filing) |
| United States Bankruptcy Court for the WESTERN District of PENNSYLVANIA |
| Case number 15-70662-JAD |

# Official Form 410S1

## Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** LSF8 MASTER PARTICIPATION TRUST    **Court claim no**. (if known): 5-2

**Last 4 digits** of any number you use to identify the debtor's account: 8800

**Date of payment change:** 3/28/2020
Must be at least 21 days after date of this notice

**New total payment:** $1,099.81
Principal, interest, and escrow, if any

---

### Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No.
   ■ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   _____

   Current escrow payment: $149.82        New escrow payment: $150.07

### Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   Current interest rate:                           New interest rate:

   Current principal and interest payment:     New principal and interest payment:

### Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes   Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment        New mortgage payment:

---

Official Form 410S1                   Notice of Mortgage Payment Change                   page 1

Debtor 1 <u>Thomas E Stumpf</u>　　　　　　　　　　　　　　　Case number *(if known)* <u>15-70662-JAD</u>
　　　　　Print Name　　　Middle Name　　　Last Name

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ <u>/s/  Sindi Mncina</u>　　　　　　Date   <u>1/24/2020</u>
　Signature

Print　　　　　<u>　　Sindi Mncina　　　　</u>　　　　　　　　　　　Title   <u>Authorized Agent for Creditor</u>
　　　　　　　First Name　　　Middle Name　　　Last Name

Company　　<u>RAS Crane, LLC</u>

Address　　<u>10700 Abbott's Bridge Road, Suite 170 </u>
　　　　　　Number    Street

　　　　　　<u>Duluth  GA 30097  </u>
　　　　　　City　　　　　　　　　　　　　　State　　ZIP Code

Contact Phone  <u>470-321-7112</u>　　　　　　　　　　　　　　Email   <u> smncina@rascrane.com </u>

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on _____February 6, 2020_____,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Michael N. Vaporis
26 South Sixth Street
Indiana, PA 15701

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Thomas E Stumpf
2417 Grove Chapel Rd.
Indiana, PA 15701

Stacy R Stumpf
2417 Grove Chapel Rd.
Indiana, PA 15701

RAS Crane, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: ____/s/ Kristin Williams____
      Kristin Williams
      Krwilliams@rascrane.com



Caliber Home Loans, Inc.
P.O. Box 619063
Dallas, TX 75261-9063

**ESCROW ACCOUNT DISCLOSURE STATEMENT**

| | |
|---|---:|
| Statement Date: | 12/19/2019 |
| Loan Number: | |
| Current Payment Amount: | $1,099.56 |
| New Payment Amount: | $1,099.81 |
| New Payment Effective Date: | 03/28/2020 |

Property Address: 2417 GROVE CHAPEL RD
INDIANA PA 15701

THOMAS E STUMPF
STACY STUMPF
C/O MICHAEL N VAPORIS
26 S 6TH ST
INDIANA PA  15701-2757

Hello!

At Caliber Home Loans, we examine your escrow account at least annually to make sure there is enough money in your account to cover your tax and/or insurance payments. This review accounts for any increases or decreases in your taxes or insurance that can result in changes to your payment amount. The following outlines your actual escrow account activity since your previous disclosure or initial disclosure and the anticipated activity for the next 12 months.

To view differences between your current payment and new payment, please refer to Section 1 below. To view changes in your escrow account, please refer to Section 3 of this statement. Section 2 includes changes that are anticipated over the next 12 months, while Section 3 displays your history as of the last escrow analysis.

## Section 1 - Payment Breakdown

This section provides a breakdown of both your current and new payment which will become effective 03/28/2020.

| Payment Breakdown | Current Payment | | New Payment Effective 03/28/20 |
|---|---:|---|---:|
| Principal & Interest | $ 949.74 | $ | 949.74 |
| Base Escrow Payment | $ 149.82 | $ | 150.07 |
| Shortage Payment | $ 0.00 | $ | 0.00 |
| Surplus Adjustment | $ 0.00 | $ | 0.00 |
| **TOTAL** | **$ 1,099.56** | **$** | **1,099.81** |

**If you utilize a bill paying service, please notify them of the payment changes scheduled to occur.**

## Section 2 -   Anticipated Escrow Activity

This section displays information regarding your anticipated escrow activity for the next 12 months.

**ANTICIPATED ESCROW BALANCE $1,540.91 – MINIMUM REQUIRED BALANCE $300.14**

To ensure your account maintains enough money for future tax and insurance payments, a cushion is maintained on your loan when applicable, to help avoid a negative balance in your escrow account. This cushion may include up to two months' worth of your base escrow payment to cover increases in your tax or insurance payments. Your escrow balance should not fall below $300.14, which is your cushion amount and required balance. (Mortgage insurance is not included in your cushion calculation.)

| Month of Activity | Anticipated Payments To Escrow | Anticipated Disbursements From Escrow | Description | | Anticipated Balance | Required Balance | |
|---|---|---|---|---|---|---|---|
| | | | | Starting Balance | $2,291.34 | $1,050.57 | |
| 03/2020 | $150.07 | $.00 | | | $2,441.41 | $1,200.64 | |
| 04/2020 | $150.07 | -$633.27 | CITY/TOWN | | $1,958.21 | $717.44 | |
| 05/2020 | $150.07 | $.00 | | | $2,108.28 | $867.51 | |
| 06/2020 | $150.07 | $.00 | | | $2,258.35 | $1,017.58 | |
| 07/2020 | $150.07 | $.00 | | | $2,408.42 | $1,167.65 | |
| 08/2020 | $150.07 | $.00 | | | $2,558.49 | $1,317.72 | |
| 09/2020 | $150.07 | -$1,167.65 | SCHOOL | | $1,540.91 | $300.14 | > |
| 10/2020 | $150.07 | $.00 | | | $1,690.98 | $450.21 | |
| 11/2020 | $150.07 | $.00 | | | $1,841.05 | $600.28 | |
| 12/2020 | $150.07 | $.00 | | | $1,991.12 | $750.35 | |
| 01/2021 | $150.07 | $.00 | | | $2,141.19 | $900.42 | |
| 02/2021 | $150.07 | $.00 | | | $2,291.26 | $1,050.49 | |

**For assistance with your payment, please contact Caliber Customer Service at 1-800-401-6587.**



## Section 2 - Anticipated Escrow Activity (continued)

**(No additional data available)**

## Section 3 - Escrow Account History

This section itemizes your actual escrow account history since your last escrow analysis or initial disclosure. By comparing previous projections with actual payments and disbursements, you can determine where a difference may have occurred. An asterisk (*) indicates a difference in either the amount or date.

When applicable, the letter 'E' beside an amount indicates that a payment or disbursement has not yet occurred, but is estimated to occur as shown.

| Month of Activity | Anticipated Escrow Payments | Actual Escrow Payments | Anticipated Disbursements From Escrow | Description | Actual Disbursements From Escrow | Description | Anticipated Balance | Actual Balance |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | Starting Balance | $1,048.74 | -$1,281.42 |
| 03/2019 | $149.82 | $649.62 | $.00 |  | $.00 |  | $1,198.56 | -$631.80 |
| 04/2019 | $149.82 | $1,449.30 | -$633.27 | CITY/TOWN | -$633.27 | CITY/TOWN | $715.11 | $184.23 |
| 05/2019 | $149.82 | $666.42 | $.00 |  | $.00 |  | $864.93 | $850.65 |
| 06/2019 | $149.82 | $125.20 | $.00 |  | $.00 |  | $1,014.75 | $975.85 |
| 07/2019 | $149.82 | $.00 | $.00 |  | $.00 |  | $1,164.57 | $975.85 |
| 08/2019 | $149.82 | $1,437.90 | $.00 |  | $.00 |  | $1,314.39 | $2,413.75 |
| 09/2019 | $149.82 | $146.32 | -$1,164.57 | SCHOOL | -$1,167.65 | SCHOOL | * $299.64 | $1,392.42 |
| 10/2019 | $149.82 | $149.82 | $.00 |  | $.00 |  | $449.46 | $1,542.24 |
| 11/2019 | $149.82 | $.00 | $.00 |  | $.00 |  | $599.28 | $1,542.24 |
| 12/2019 | $149.82 | $149.82 | $.00 |  | $.00 |  | $749.10 | $1,692.06 |
| 01/2020 | $149.82 | $.00 | $.00 |  | $.00 |  | $898.92 | $1,692.06 |
| 02/2020 | $149.82 | $.00 | $.00 |  | $.00 |  | $1,048.74 | $1,692.06 |

## Section 4 - Questions

For questions regarding your statement, please contact Caliber Customer Service at 1-800-401-6587. Our business hours are Monday through Friday, 8:00 AM to 7:00 PM CST. Please also visit our website at www.caliberhomeloans.com.

**Notice to Consumers presently in Bankruptcy or who have received a Bankruptcy Discharge: If you are a debtor presently subject to a proceeding in Bankruptcy Court, or if you have previously been discharged from this debt by a Federal Bankruptcy Court, this communication is not an attempt to collect a debt but is sent for informational purposes only or to satisfy certain Federal or State legal obligations.**

Case 15-70662-JAD    Doc    Filed 02/06/20    Entered 02/06/20 13:28:43    Desc Main
Document    Page 6 of 7



# HISTORY OF ACCOUNT
## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

THOMAS E STUMPF
STACY STUMPF
2417 GROVE CHAPEL RD
INDIANA, PA 15701



01/21/2020

*Escrow History only reflects Caliber Home Loans Inc. information. Refer to prior servicer for details of prior transactions.*

THIS IS A STATEMENT OF ACTIVITY IN YOUR ESCROW ACCOUNT
FROM 05/11/2015 TO 01/31/2020

| Date | Charge/ Payment | Comments | Insurance Balance | Tax Balance | Unspecified Balance | Escrow Account Balance |
|---|---|---|---|---|---|---|
| 05/11/2015 | ($2,084.71) | Disbursement City/Town/Township | $0.00 | ($2,084.71) | $0.00 | ($2,084.71) |
| 05/11/2015 | ($793.41) | Disbursement City/Town/Township | $0.00 | ($2,878.12) | $0.00 | ($2,878.12) |
| 08/21/2015 | ($1,791.25) | Disbursement School | $0.00 | ($4,669.37) | $0.00 | ($4,669.37) |
| 09/09/2016 | ($1,112.55) | Disbursement City/Town/Township | $0.00 | ($5,781.92) | $0.00 | ($5,781.92) |
| 09/15/2016 | ($1,112.55) | Disbursement School | $0.00 | ($6,894.47) | $0.00 | ($6,894.47) |
| 09/27/2016 | ($600.82) | Disbursement City/Town/Township | $0.00 | ($7,495.29) | $0.00 | ($7,495.29) |
| 09/30/2016 | $1,112.55 | Refund School | $0.00 | ($6,382.74) | $0.00 | ($6,382.74) |
| 12/06/2016 | $215.38 | Escrow Payment | $0.00 | ($6,167.36) | $0.00 | ($6,167.36) |
| 12/29/2016 | $77.40 | Escrow Payment | $0.00 | ($6,089.96) | $0.00 | ($6,089.96) |
| 12/29/2016 | $137.98 | Escrow Payment | $0.00 | ($5,951.98) | $0.00 | ($5,951.98) |
| 12/29/2016 | $215.38 | Escrow Payment | $0.00 | ($5,736.60) | $0.00 | ($5,736.60) |
| 02/21/2017 | $215.38 | Escrow Payment | $0.00 | ($5,521.22) | $0.00 | ($5,521.22) |
| 02/21/2017 | $215.38 | Escrow Payment | $0.00 | ($5,305.84) | $0.00 | ($5,305.84) |
| 03/31/2017 | $215.38 | Escrow Payment | $0.00 | ($5,090.46) | $0.00 | ($5,090.46) |
| 03/31/2017 | $215.38 | Escrow Payment | $0.00 | ($4,875.08) | $0.00 | ($4,875.08) |
| 04/18/2017 | ($609.08) | Disbursement City/Town/Township | $0.00 | ($5,484.16) | $0.00 | ($5,484.16) |
| 04/27/2017 | $215.38 | Escrow Payment | $0.00 | ($5,268.78) | $0.00 | ($5,268.78) |
| 06/09/2017 | $215.38 | Escrow Payment | $0.00 | ($5,053.40) | $0.00 | ($5,053.40) |
| 06/09/2017 | $215.38 | Escrow Payment | $0.00 | ($4,838.02) | $0.00 | ($4,838.02) |
| 06/30/2017 | $215.38 | Escrow Payment | $0.00 | ($4,622.64) | $0.00 | ($4,622.64) |
| 07/31/2017 | $215.38 | Escrow Payment | $0.00 | ($4,407.26) | $0.00 | ($4,407.26) |
| 08/28/2017 | ($1,151.61) | Disbursement School | $0.00 | ($5,558.87) | $0.00 | ($5,558.87) |
| 08/29/2017 | $186.85 | Escrow Payment | $0.00 | ($5,372.02) | $0.00 | ($5,372.02) |
| 08/29/2017 | $215.38 | Escrow Payment | $0.00 | ($5,156.64) | $0.00 | ($5,156.64) |
| 09/30/2017 | $28.53 | Escrow Payment | $0.00 | ($5,128.11) | $0.00 | ($5,128.11) |
| 09/30/2017 | $101.13 | Escrow Payment | $0.00 | ($5,026.98) | $0.00 | ($5,026.98) |
| 09/30/2017 | $114.25 | Escrow Payment | $0.00 | ($4,912.73) | $0.00 | ($4,912.73) |
| 09/30/2017 | $215.38 | Escrow Payment | $0.00 | ($4,697.35) | $0.00 | ($4,697.35) |
| 10/30/2017 | $2.09 | Escrow Payment | $0.00 | ($4,695.26) | $0.00 | ($4,695.26) |
| 10/30/2017 | $213.29 | Escrow Payment | $0.00 | ($4,481.97) | $0.00 | ($4,481.97) |
| 11/27/2017 | $75.29 | Escrow Payment | $0.00 | ($4,406.68) | $0.00 | ($4,406.68) |
| 11/27/2017 | $142.78 | Escrow Payment | $0.00 | ($4,263.90) | $0.00 | ($4,263.90) |
| 12/30/2017 | $67.49 | Escrow Payment | $0.00 | ($4,196.41) | $0.00 | ($4,196.41) |
| 12/30/2017 | $67.49 | Escrow Payment | $0.00 | ($4,128.92) | $0.00 | ($4,128.92) |
| 12/30/2017 | $75.29 | Escrow Payment | $0.00 | ($4,053.63) | $0.00 | ($4,053.63) |
| 01/31/2018 | $9.89 | Escrow Payment | $0.00 | ($4,043.74) | $0.00 | ($4,043.74) |
| 01/31/2018 | $142.78 | Escrow Payment | $0.00 | ($3,900.96) | $0.00 | ($3,900.96) |
| 02/28/2018 | $9.89 | Escrow Payment | $0.00 | ($3,891.07) | $0.00 | ($3,891.07) |
| 02/28/2018 | $132.89 | Escrow Payment | $0.00 | ($3,758.18) | $0.00 | ($3,758.18) |
| 02/28/2018 | $132.89 | Escrow Payment | $0.00 | ($3,625.29) | $0.00 | ($3,625.29) |
| 04/04/2018 | $142.78 | Escrow Payment | $0.00 | ($3,482.51) | $0.00 | ($3,482.51) |
| 04/19/2018 | ($633.27) | Disbursement City/Town/Township | $0.00 | ($4,115.78) | $0.00 | ($4,115.78) |
| 04/27/2018 | $142.78 | Escrow Payment | $0.00 | ($3,973.00) | $0.00 | ($3,973.00) |
| 04/27/2018 | $142.78 | Escrow Payment | $0.00 | ($3,830.22) | $0.00 | ($3,830.22) |
| 04/27/2018 | $142.78 | Escrow Payment | $0.00 | ($3,687.44) | $0.00 | ($3,687.44) |
| 05/30/2018 | $142.78 | Escrow Payment | $0.00 | ($3,544.66) | $0.00 | ($3,544.66) |
| 06/28/2018 | $108.21 | Escrow Payment | $0.00 | ($3,436.45) | $0.00 | ($3,436.45) |
| 06/28/2018 | $142.78 | Escrow Payment | $0.00 | ($3,293.67) | $0.00 | ($3,293.67) |
| 07/31/2018 | $38.51 | Escrow Payment | $0.00 | ($3,255.16) | $0.00 | ($3,255.16) |
| 07/31/2018 | $42.45 | Escrow Payment | $0.00 | ($3,212.71) | $0.00 | ($3,212.71) |
| 07/31/2018 | $104.27 | Escrow Payment | $0.00 | ($3,108.44) | $0.00 | ($3,108.44) |
| 08/27/2018 | ($1,164.57) | Disbursement School | $0.00 | ($4,273.01) | $0.00 | ($4,273.01) |
| 08/31/2018 | $146.72 | Escrow Payment | $0.00 | ($4,126.29) | $0.00 | ($4,126.29) |
| 08/31/2018 | $146.72 | Escrow Payment | $0.00 | ($3,979.57) | $0.00 | ($3,979.57) |
| 09/29/2018 | $146.72 | Escrow Payment | $0.00 | ($3,832.85) | $0.00 | ($3,832.85) |
| 09/29/2018 | $146.72 | Escrow Payment | $0.00 | ($3,686.13) | $0.00 | ($3,686.13) |
| 11/02/2018 | $146.72 | Escrow Payment | $0.00 | ($3,539.41) | $0.00 | ($3,539.41) |
| 11/30/2018 | $54.46 | Escrow Payment | $0.00 | ($3,484.95) | $0.00 | ($3,484.95) |
| 11/30/2018 | $107.95 | Escrow Payment | $0.00 | ($3,377.00) | $0.00 | ($3,377.00) |
| 11/30/2018 | $146.72 | Escrow Payment | $0.00 | ($3,230.28) | $0.00 | ($3,230.28) |
| 12/26/2018 | $50.52 | Escrow Payment | $0.00 | ($3,179.76) | $0.00 | ($3,179.76) |
| 12/26/2018 | $92.26 | Escrow Payment | $0.00 | ($3,087.50) | $0.00 | ($3,087.50) |
| 12/26/2018 | $506.84 | Escrow Payment | $0.00 | ($2,580.66) | $0.00 | ($2,580.66) |
| 01/28/2019 | $46.58 | Escrow Payment | $0.00 | ($2,534.08) | $0.00 | ($2,534.08) |
| 01/28/2019 | $96.20 | Escrow Payment | $0.00 | ($2,437.88) | $0.00 | ($2,437.88) |
| 01/28/2019 | $506.84 | Escrow Payment | $0.00 | ($1,931.04) | $0.00 | ($1,931.04) |
| 02/28/2019 | $42.64 | Escrow Payment | $0.00 | ($1,888.40) | $0.00 | ($1,888.40) |
| 02/28/2019 | $100.14 | Escrow Payment | $0.00 | ($1,788.26) | $0.00 | ($1,788.26) |
| 02/28/2019 | $506.84 | Escrow Payment | $0.00 | ($1,281.42) | $0.00 | ($1,281.42) |

| Date | Amount | Description | | | | |
|---|---|---|---|---|---|---|
| 03/29/2019 | $38.70 | Escrow Payment | $0.00 | ($1,242.72) | $0.00 | ($1,242.72) |
| 03/29/2019 | $104.08 | Escrow Payment | $0.00 | ($1,138.64) | $0.00 | ($1,138.64) |
| 03/29/2019 | $506.84 | Escrow Payment | $0.00 | ($631.80) | $0.00 | ($631.80) |
| 04/17/2019 | ($633.27) | Disbursement City/Town/Township | $0.00 | ($1,265.07) | $0.00 | ($1,265.07) |
| 04/30/2019 | $31.66 | Escrow Payment | $0.00 | ($1,233.41) | $0.00 | ($1,233.41) |
| 04/30/2019 | $111.12 | Escrow Payment | $0.00 | ($1,122.29) | $0.00 | ($1,122.29) |
| 04/30/2019 | $1,306.52 | Escrow Payment | $0.00 | $0.00 | $184.23 | $184.23 |
| 05/31/2019 | $24.62 | Escrow Payment | $0.00 | $0.00 | $208.85 | $208.85 |
| 05/31/2019 | $118.16 | Escrow Payment | $0.00 | $0.00 | $327.01 | $327.01 |
| 05/31/2019 | $523.64 | Escrow Payment | $0.00 | $0.00 | $850.65 | $850.65 |
| 06/29/2019 | $125.20 | Escrow Payment | $0.00 | $0.00 | $975.85 | $975.85 |
| 08/08/2019 | $10.54 | Escrow Payment | $0.00 | $0.00 | $986.39 | $986.39 |
| 08/08/2019 | $149.82 | Escrow Payment | $0.00 | $0.00 | $1,136.21 | $1,136.21 |
| 08/08/2019 | $656.68 | Escrow Payment | $0.00 | $0.00 | $1,792.89 | $1,792.89 |
| 08/31/2019 | $3.50 | Escrow Payment | $0.00 | $0.00 | $1,796.39 | $1,796.39 |
| 08/31/2019 | $139.28 | Escrow Payment | $0.00 | $0.00 | $1,935.67 | $1,935.67 |
| 08/31/2019 | $478.08 | Escrow Payment | $0.00 | $0.00 | $2,413.75 | $2,413.75 |
| 09/03/2019 | ($1,167.65) | Disbursement School | $0.00 | $0.00 | $1,246.10 | $1,246.10 |
| 09/27/2019 | $146.32 | Escrow Payment | $0.00 | $0.00 | $1,392.42 | $1,392.42 |
| 10/31/2019 | $149.82 | Escrow Payment | $0.00 | $0.00 | $1,542.24 | $1,542.24 |
| 12/03/2019 | $149.82 | Escrow Payment | $0.00 | $0.00 | $1,692.06 | $1,692.06 |
| 12/30/2019 | $149.82 | Escrow Payment | $0.00 | $0.00 | $1,841.88 | $1,841.88 |

| Description | Amounts |
|---|---|
| Insurance Balance | $0.00 |
| Homeowner's Ins | $0.00 |
| Flood | $0.00 |
| Earthquake | $0.00 |
| Windstorm | $0.00 |
| Mortgage Insurance | $0.00 |
| Undefined | $0.00 |
| Tax Balance | $0.00 |
| Assessments | $0.00 |
| County | $0.00 |
| City/Town/Township | $0.00 |
| School | $0.00 |
| Municipal District | $0.00 |
| Ground Rent | $0.00 |
| HOA/Condo Dues | $0.00 |
| Undefined | $0.00 |
| Unspecified Balance | $1,841.88 |
| Overall Balance | $1,841.88 |
| Uncollected Escrow Shortage | $0.00 |
| Escrow Balance Total | $1,841.88 |

Should you have any further questions regarding your account please call us toll free at 1-800-772-9760.